**No. D-2595. In the Matter of Disbarment of Merl Alan Whitebook.**

565 U.S. 974, 132 S. Ct. 545, 181 L. Ed. 2d 391, 2011 U.S. LEXIS 7708.

October 31, 2011. Disbarment entered.

Former order, 564 U.S. 1016, 131 S. Ct. 3053, 180 L. Ed. 2d 869, 2011 U.S. LEXIS 4579.